IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **EMPLOYERS AND OPERATING ENGINEERS LOCAL 520 PENSION FUND, et al.,** ) ) ) ) | |
| Plaintiffs/Judgment Creditors, ) ) | Case No.: 04-910-DRH |
| vs. ) ) | |
| **RIVER BEND CONTRACTORS, INC.,** ) ) | |
| Defendant/Judgment Debtors, ) ) | |
| and ) ) | |
| **US BANK – Wood River Banking Center 1301 East Edwardsville Road Wood River, IL 62095,** ) ) ) ) | |
| Garnishee. ) | |

### **PAY-IN ORDER**

Pursuant to the garnishment filed in this matter, garnishee US Bank is hereby ordered to pay to the registry of the United States District Court for the Southern District of Illinois the amount of $9,998.71. Upon payment of this amount, garnishee shall stand released from this garnishment, and this amount shall be paid to plaintiffs.

**IT IS SO ORDERED**.

Signed this 16th day of November, 2005.

/s/         David RHerndon

**United States District Judge**