**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| EMPLOYERS AND OPERATING | ) | |
| ENGINEERS LOCAL 520 PENSION | ) | |
| FUND, et al., | ) | |
| | ) | |
|   Plaintiffs/Judgment Creditors, | ) | Case No.: 04-910-DRH |
| | ) | |
| vs. | ) | |
| | ) | |
| RIVER BEND CONTRACTORS, INC., | ) | |
| | ) | |
|   Defendant/Judgment Debtors, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| US BANK – Wood River Banking Center | ) | |
| 1301 East Edwardsville Road | ) | |
| Wood River, IL 62095, | ) | |
| | ) | |
|   Garnishee. | ) | |

## PAY-OUT ORDER

   Pursuant to the garnishment payment to be made by garnishee US Bank in the amount of $9,998.71, the Clerk is directed to issue payment to plaintiffs in this amount payable to "Operating Engineers Local 520 Benefit Funds," and sent in care of plaintiffs' counsel, Greg A. Campbell, Diekemper, Hammond, Shinners, Turcotte & Larrew, P.C., 7730 Carondelet Avenue, Suite 200, St. Louis, Missouri 63105, once garnishee's payment is made.

   **IT IS SO ORDERED.**

   Signed this 16th day of November, 2005.

                /s/    David RHerndon

              **United States District Judge**